UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

10 DEC -9 AM 9:28

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      vs.<br><br>LORENZO ORTIZ FLORES  ,<br><br>                    Defendant. | CASE NO. 10CR4560-BEN<br><br>BY: _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 48, F.R.Crim.P.) |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: _as charged in the Information_ .

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: DECEMBER 8, 2010

                                              RUBEN B. BROOKS
                                              UNITED STATES MAGISTRATE JUDGE

                                              ENTERED ON _____